No. 15-25-00147-CV

ACCEPTED
15-25-00147-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
10/7/2025 8:45 AM
CHRISTOPHER A. PRINE
CLERK

# IN THE FIFTHTEENTH COURT OF APPEALS
## AUSTIN, TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
10/7/2025 8:45:40 AM
CHRISTOPHER A. PRINE
Clerk

**CHARLES WAGNER,**
**PLAINTIFF - APPELLANT**

**V.**

**LAMAR UNIVERSITY,**
**LAMAR UNIVERSITY POLICE DEPARTMENT, AND**
**HECTOR FLORES,**
**DEFENDANTS – APPELLEES**

## ON APPEAL FROM THE 136TH JUDICIAL DISTRICT COURT, JEFFERSON COUNTY
## CAUSE NO. 23DCCV0870

# APPELLANT'S UNOPPOSED REQUEST FOR ADDITIONAL TIME TO FILE APPELLANT'S BRIEF

**SUBMITTED BY:**

Brandon P. Monk
4875 Parker Drive
Beaumont, Texas 77705
Phone: (409) 724-6665
Fax: (409) 729-6665
brandon@themonklawfirm.com

By: */s/ Brandon P. Monk*
BRANDON P. MONK
State Bar No. 24048668

Larry Watts
State Bar No. 20981000
P.O. Box 2214
Missouri City, Texas 77459
Ph. (281) 431-1500
Wattstrial@gmail.com

**ATTORNEYS FOR APPELLANT**

**<u>CERTIFICATE OF INTERESTED PERSONS</u>**

The undersigned counsel of record certifies that the following listed persons and entities have an interest in the outcome of this case. These representations are made in order that the judges of this court may evaluate possible disqualification or recusal.

| Appellees: | Counsel for Appellees: |
| --- | --- |
| LAMAR UNIVERSITY | JOSEPH KEENEY<br>Assistant Attorney General<br>Texas Bar No. 24092616<br>Office of the Attorney General<br>General Litigation Division<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>Telephone (512) 475-4090<br>Facsimile: (512) 320-0667<br>joseph.keeney@oag.texas.gov |
| LAMAR UNIVERSITY POLICE DEPARTMENT | JOSEPH KEENEY<br>Assistant Attorney General<br>Texas Bar No. 24092616<br>Office of the Attorney General<br>General Litigation Division<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>Telephone (512) 475-4090<br>Facsimile: (512) 320-0667<br>joseph.keeney@oag.texas.gov |

| HECTOR FLORES | JOSEPH KEENEY<br>Assistant Attorney General<br>Texas Bar No. 24092616<br>Office of the Attorney General<br>General Litigation Division<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>Telephone (512) 475-4090<br>Facsimile: (512) 320-0667<br>joseph.keeney@oag.texas.gov<br>Facsimile: (713) 583-9611 |
|---|---|
| APPELLANT | |
| CHARLES WAGNER | Brandon Monk<br>State Bar No. 24048668<br>The Monk Law Firm<br>4875 Parker Drive<br>Beaumont, Texas 77705<br>T: 409/724-6665<br>F: 409/729-6665<br>brandon@themonklawfirm.com<br><br>Larry Watts<br>State Bar No. 20981000<br>P.O. Box 2214<br>Missouri City, Texas 77459<br>Ph. (281) 431-1500<br>Wattstrial@gmail.com |

**CHARLES WAGNER'S MOTION FOR EXTENSION OF TIME TO FILE**

TO THE HONORABLE COURT OF APPEALS:

COMES NOW Appellant, CHARLES WAGNER ("Appellant") and files this Unopposed Motion for Extension of Time to File their Brief.

BASIS FOR REQUEST FOR EXTENSION

1.      The current deadline for Appellant to file their Brief is October 9, 2025. The Appellant respectfully request an additional thirty (30) days to file his Brief. This is Appellant's first request for additional time.

2.      Appellant's counsel would further show that the extension is necessary as a result of scheduling conflicts detailed in this Motion. The following are deadlines and events that were during the timeframe of the response and relevant to the Court's consideration of this Motion:

- 09/10/2025 –09/22/2025 - Out of Office

- 09/23/2025 – Case No. 9-24-cv-00221 - Torres v. City of Ivanhoe Hearing

- 09/29/2025 – Deposition – Escobedo for Maida v. Hamilton Homebuilers, et al

- 09/30/2025 – Case No. 23DCCV1820 Myers v. Lion Elastomers – Mediation

- 10/2/2025 - Cause No. D-208,503; Martin, et al v. Meza – Mediation

- 10/8/2025 – 24-40704 Murphy v. Beaumont ISD – Oral Argument 5th Circuit Court of Appeal in New Orleans (out for travel)

- 10/9/2025 – 24-40704 Murphy v. Beaumont ISD – Oral Argument 5th Circuit Court of Appeal in New Orleans

3.     Appellant has conferred with counsel for the Appellees, LAMAR UNIVERSITY, LAMAR UNIVERSITY POLICE DEPARTMENT, AND HECTOR FLORES, and Appellees do not object to an additional thirty (30) day extension, which will make the deadline to file Appellant's Brief due on or before Monday, November 10, 2025.

4.     Appellant would further show the Court that this request for an extension is not brought for the purpose of delay.

SUBMITTED BY:


Brandon P. Monk
4875 Parker Drive
Beaumont, Texas 77705
Phone:   (409) 724-6665
Fax:       (409) 729-6665
brandon@themonklawfirm.com

By:     */s/ Brandon P. Monk*
          BRANDON P. MONK
          State Bar No. 24048668

Larry Watts
State Bar No. 20981000
P.O. Box 2214
Missouri City, Texas 77459
Ph. (281) 431-1500
Wattstrial@gmail.com

**ATTORNEYS FOR APPELLANT**

## CERTIFICATE OF CONFERENCE

On October 7, 2025, counsel for Appellant was contacted via email regarding whether the Appellees opposed Appellant's Request for Additional Time, and counsel for Appellees were not opposed.

By:     */s/Brandon P. Monk*
             Brandon P. Monk

## CERTIFICATE OF SERVICE

I certify that on October 7, 2025, the foregoing document was forwarded via the electronic filing system to all counsel of record:

*/s/Brandon P. Monk*
Brandon P. Monk

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Ednesha Cook on behalf of Brandon Monk
Bar No. 24048668
ecook@themonklawfirm.com
Envelope ID: 106523956
Filing Code Description: Motion
Filing Description: Appellant's Motion to Extend Time to file Brief
Status as of 10/7/2025 9:43 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Andrew Harris | 24057887 | Drew.Harris@oag.texas.gov | 10/7/2025 8:45:40 AM | NOT SENT |
| Jennifer Holt | | jennifer.holt@oag.texas.gov | 10/7/2025 8:45:40 AM | NOT SENT |
| Joseph Keeney | 24092616 | joseph.keeney@oag.texas.gov | 10/7/2025 8:45:40 AM | NOT SENT |
| Brandon P.Monk | | brandon@themonklawfirm.com | 10/7/2025 8:45:40 AM | NOT SENT |
| Larry Watts | | wattstrial@gmail.com | 10/7/2025 8:45:40 AM | NOT SENT |